**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                              NO. 4:03CR00213-001 SWW

CLINTON SMITH IV

**ORDER**

The above entitled cause came on for hearing on petition to revoke the supervised released previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Upon the basis of the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED that the government's motion for revocation of supervised release previously granted this defendant is granted, and his supervised release is revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of SIX (6) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant participate in a non-residential substance abuse treatment program during incarceration as well as some kind of mental and emotional health counseling as recommended by the Bureau of Prisons.

There will no supervised release following defendant's term of imprisonment.

IT IS FURTHER ORDERED that the balance of restitution, imposed previously, in the amount of $1,087.38 remains due and payable. During

his term of incarceration, defendant shall pay 50% per month of all funds available to him.

The defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED this 9th day of February, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE